B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Western District of North Carolina

In re **Nicholas Edward Dimitris,**
**Emily Ogletree Dimitris**
Debtors

Case No. **14-10697**

Chapter **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 340,000.00 | | |
| B - Personal Property | Yes | 4 | 20,865.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,518,086.84 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 4,024,256.81 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 6,705.16 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,065.00 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| | | Total Assets | 360,865.00 | | |
| | | | Total Liabilities | 5,542,343.65 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Western District of North Carolina

In re **Nicholas Edward Dimitris,**
**Emily Ogletree Dimitris**
, Debtors

Case No. 14-10697

Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 6,705.16 |
| Average Expenses (from Schedule J, Line 22) | 5,065.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 4,741.11 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 663,086.84 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 4,024,256.81 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 4,687,343.65 |

B6F (Official Form 6F) (12/07)

In re **Nicholas Edward Dimitris, Emily Ogletree Dimitris**, Debtors

Case No. **14-10697**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Admin Recovery Inc.<br>9159 Main Street<br>Clarence, NY 14031** | | W | consumer debt | | | | 13,033.00 |
| Account No.<br>**American General Finance<br>PO Box 3251<br>Evansville, IN 47731-3251** | | W | lawsuit | | | | 3,880.00 |
| Account No.<br>**Asheville Concrete<br>unknown** | | H | Judgment | | | | Unknown |
| Account No.<br>**Asheville Concrete Coatings** | | H | Judgment | | | | Unknown |

**11** continuation sheets attached

Subtotal (Total of this page): **16,913.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com 

B6F (Official Form 6F) (12/07) - Cont.

In re **Nicholas Edward Dimitris,**
**Emily Ogletree Dimitris**,
Debtors

Case No. **14-10697**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Bank of Asheville**<br>**79 Woodfin Place**<br>**Asheville, NC 28801** | | H | lawsuits | | | | 925,000.00 |
| Account No.<br>**BB&T Loan Services**<br>**P.O. Box 2306**<br>**Wilson, NC 27894** | | J | Deficiency after foreclosure | | | | 464,000.00 |
| Account No.<br>**BB&T Loan Services**<br>**Bankruptcy Dept.**<br>**P.O. Box 1847**<br>**Wilson, NC 27894-9965** | | W | lawsuit | | | | 5,342.83 |
| Account No.<br>**Black Mountain Concrete**<br>**Unknown** | | H | lawsuit | | | | Unknown |
| Account No.<br>**Brock & Scott, PLLC**<br>**PO Box 3004**<br>**Wilmington, NC 28406** | | J | lawsuit | | | | Unknown |

Sheet no. 1 of 11 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,394,342.83**

B6F (Official Form 6F) (12/07) - Cont.

In re **Nicholas Edward Dimitris,**
**Emily Ogletree Dimitris**
, Debtors

Case No. **14-10697**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Carlysle & Co. Jewelers**<br>**1000 Macarthur Blvd**<br>**Mahwah, NJ 07430-2035** | | **J** | **consumer debt** | | | | **13,034.00** |
| Account No.<br>**CBNA**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | | **J** | **consumer debt** | | | | **29,804.00** |
| Account No.<br>**Chase Card Member Services**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | | **J** | **consumer debt** | | | | **7,808.00** |
| Account No.<br>**Chase Manhattan Mortgage**<br>**P.O. Box 24696**<br>**Columbus, OH 43224** | | **J** | **Deficiency after foreclosure** | | | | **110,332.00** |
| Account No.<br>**Citibank**<br>**Bankruptcy Department**<br>**P.O. Box 20507**<br>**Kansas City, MO 64195** | | **H** | **Judgment** | | | | **37,729.74** |

Sheet no. **2** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **198,707.74**

B6F (Official Form 6F) (12/07) - Cont.

In re **Nicholas Edward Dimitris,**
**Emily Ogletree Dimitris**
, Debtors

Case No. **14-10697**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of Asheville- Collections Division**<br>**PO Box 7148**<br>**Asheville, NC 28802** | | **J** | **parking tickets** | | | | **Unknown** |
| Account No.<br><br>**Country Club of Asheville**<br>**PO Box 8725**<br>**Asheville, NC 28804** | | **W** | **lawsuit** | | | | **1,376.00** |
| Account No.<br><br>**David & Janie Dunn**<br>**233 Windwhisper Drive**<br>**Asheville, NC 28804** | | **J** | **personal loan** | | | | **Unknown** |
| Account No.<br><br>**Dr. Richard Lytle**<br>**7 Vanderbilt Park Drive**<br>**Asheville, NC 28803** | | **H** | **business debt** | | | | **250,000.00** |
| Account No.<br><br>**Equifax Credit Information Services**<br>**P.O. Box 740256**<br>**Atlanta, GA 30374** | | **J** | **Notice Purposes** | | | | **0.00** |

Sheet no. 3 of 11 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **251,376.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Nicholas Edward Dimitris,**
**Emily Ogletree Dimitris**, Debtors

Case No. **14-10697**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Experian Credit Reporting**<br>**P.O. Box 9701**<br>**Allen, TX 75013** | | J | Notice Purposes | | | | 0.00 |
| Account No.<br>**Ferguson Enterprise, Inc.**<br>**PO Box 26268**<br>**Raleigh, NC 27611** | | H | Judgment | | | | 27,744.18 |
| Account No. 2105<br>**FIA Card Services**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** | | J | consumer debt | | | | 53,055.62 |
| Account No.<br>**FIA Card Services**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** | | J | lawsuit | | | | Unknown |
| Account No.<br>**GECRB**<br>**POB 965005**<br>**Orlando, FL 32986-5036** | | J | consumer debt | | | | 4,792.00 |

Sheet no. 4 of 11 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **85,591.80**

B6F (Official Form 6F) (12/07) - Cont.

In re **Nicholas Edward Dimitris,**
**Emily Ogletree Dimitris**, Debtors

Case No. **14-10697**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Home Depot**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | | **J** | **consumer debt** | | | | **19,958.00** |
| Account No.<br>**James Matthews**<br>**unknown** | | **J** | **Judgment** | | | | **2,750.00** |
| Account No.<br>**James Matthews**<br>**unknown** | | **J** | **Judgment** | | | | **3,500.00** |
| Account No.<br>**Janis Worhurst**<br>**Address unknown**<br>**Clearwater, FL** | | **H** | **business debt** | | | | **500,000.00** |
| Account No.<br>**John Yurko/Yurko Design**<br>**c/o Tikkun Gottschalk**<br>**75 North Market Street**<br>**Asheville, NC 28801** | | **H** | **Lien** | | | | **29,066.33** |

Sheet no. **5** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **555,274.33**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com 

B6F (Official Form 6F) (12/07) - Cont.

In re **Nicholas Edward Dimitris,**
**Emily Ogletree Dimitris**, Debtors

Case No. **14-10697**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Kross/Lieberman**<br>**1110 Navaho Dr. Ste 501**<br>**Raleigh, NC 27609** | | **J** | **consumer debt** | | | | **156.00** |
| Account No.<br>**Lee Loy & Assoc.**<br>**PO Box 783**<br>**Enka, NC 28728** | | **J** | **consumer debt** | | | | **1,034.72** |
| Account No.<br>**Lisa Ballard**<br>**address unknown**<br>**Asheville, NC** | | **J** | **lawsuit** | | | | **Unknown** |
| Account No.<br>**McGuire, Wood & Bissette, PA**<br>**P.O. Box 3180**<br>**Asheville, NC 28802-3180** | | **J** | **legal fees** | | | | **2,183.95** |
| Account No.<br>**Michael Greenfield**<br>**7 Ravenna Street**<br>**Asheville, NC 28803** | | **J** | **business debt** | | | | **Unknown** |

Sheet no. **6** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,374.67**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com 

B6F (Official Form 6F) (12/07) - Cont.

In re **Nicholas Edward Dimitris,**
**Emily Ogletree Dimitris**, Debtors

Case No. **14-10697**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Mission Hospitals - Bankruptcy Notice**<br>**509 Biltmore Avenue**<br>**Asheville, NC 28801** | | J | **medical bills** | | | | **Unknown** |
| Account No.<br>**Monica McCracken**<br>**140 Sellers Place**<br>**Canton, NC 28716** | | H | **business debt** | | | | **Unknown** |
| Account No.<br>**National Commercial Services**<br>**6644 Valjean Ave., Ste 100**<br>**Van Nuys, CA 91406** | | J | **consumer debt** | | | | **1,467.53** |
| Account No.<br>**Octane Group**<br>**unknown** | | H | **lawsuit** | | | | **Unknown** |
| Account No.<br>**Optimum Outcomes Inc.**<br>**2651 Warrenville Rd.**<br>**Suite 500**<br>**Downers Grove, IL 60515** | | J | **medical bills** | | | | **51.00** |

Sheet no. **7** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,518.53**

B6F (Official Form 6F) (12/07) - Cont.

In re **Nicholas Edward Dimitris,**
**Emily Ogletree Dimitris**
Debtors

Case No. **14-10697**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Parson Bishop National Collections**<br>**P.O. Box 43171**<br>**Cincinnati, OH 45243** | | **J** | **consumer debt** | | | | **1,493.00** |
| Account No.<br><br>**Pisgah Community Bank**<br>**890 Hendersonville Rd.**<br>**#100**<br>**Asheville, NC 28803** | | **H** | **lawsuits** | | | | **147,488.77** |
| Account No.<br><br>**PNC Bank**<br>**2730 Liberty Avenue**<br>**Pittsburgh, PA 15222** | | **H** | **Deficiency after foreclosure** | | | | **96,487.00** |
| Account No.<br><br>**RBC Centura**<br>**P.O. Box 1070**<br>**Charlotte, NC 28201-1070** | | **H** | **Judgment** | | | | **144,341.29** |
| Account No.<br><br>**Revenue Cycle Solutions**<br>**2651 Warrenville Rd**<br>**Ste500**<br>**Downers Grove, IL 60515** | | **J** | **medical bills** | | | | **3,194.00** |

Sheet no. **8** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **393,004.06**

B6F (Official Form 6F) (12/07) - Cont.

In re **Nicholas Edward Dimitris,**
**Emily Ogletree Dimitris**, Debtors

Case No. **14-10697**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Rhonda Moorefield**<br>**1 Oak St., Ste 301**<br>**Asheville, NC 28801** | | **J** | **business debt** | | | | **Unknown** |
| Account No.<br>**Safe Home Security**<br>**55 SE Bethe Drive**<br>**Cromwell, CT 06416** | | **J** | **consumer debt** | | | | **353.00** |
| Account No.<br>**Select Portfolio Servicing**<br>**PO Box 65250**<br>**Salt Lake City, UT 84165** | | **J** | **Deficiency after foreclosure** | | | | **365,777.00** |
| Account No.<br>**Shon Norris**<br>**33 Chartwell Lane**<br>**Arden, NC 28704** | | **H** | **business debt** | | | | **Unknown** |
| Account No.<br>**Southern Community Bank**<br>**1751 Hendersonville Road**<br>**Asheville, NC 28803** | | **H** | **Judgment** | | | | **187,854.04** |

Sheet no. **9** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **553,984.04**

B6F (Official Form 6F) (12/07) - Cont.

In re **Nicholas Edward Dimitris, Emily Ogletree Dimitris**, Debtors

Case No. **14-10697**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Springleaf Financial Services**<br>**3632 W 95th Street**<br>**Evergreen Park, IL 60805** | | **J** | **consumer debt** | | | | **3,921.00** |
| Account No.<br>**SPW Framing**<br>**unknown** | | **J** | **lawsuit** | | | | **Unknown** |
| Account No.<br>**Stern & Associates**<br>**415 N. Edgeworth Dr., Suite 210**<br>**Greensboro, NC 27401** | | **J** | **medical bills** | | | | **61.00** |
| Account No.<br>**Stock Building Supply**<br>**P.O. Box 1131**<br>**Mauldin, SC 29662-1131** | | **J** | **lawsuit** | | | | **566,187.81** |
| Account No.<br>**Timothy Boisvert**<br>**170 Oakpark Drive**<br>**Clyde, NC 28721** | | **H** | **business debt** | | | | **Unknown** |

Sheet no. **10** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **570,169.81**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Nicholas Edward Dimitris,**
**Emily Ogletree Dimitris**, Debtors

Case No. **14-10697**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**TransUnion**<br>**P.O. Box 2000**<br>**Crum Lynne, PA 19022** | | **J** | **Notice Purposes** | | | | **0.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **11** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **0.00** |
| Total (Report on Summary of Schedules) | **4,024,256.81** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com