**Dimitris #14-10697**

**Amended Schedule F**

Rhonda Moorefield
1 Oak St. Suite 301
Asheville, NC 28801
*Amount unknown

David & Janie Dunn
233 Windwhisper Drive
Asheville, NC 28804
*Amount unknown

Mission Hospital
509 Biltmore Avenue
Asheville, NC 28801
*Amount unknown

National Commercial Services, INC
6644 Valjean Ave. Suite 100
Van Nuys, CA 91406